UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:19-cr-0105-TRM-SKL-1 |
| v. | ) |
| | ) |
| JOSEPH D. BROWN | ) |

## MEMORANDUM AND ORDER

JOSEPH D. BROWN, ("Defendant") appeared for a hearing on April 28, 2023, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision ("Petition") in the above matter. Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

Defendant waived his right to a preliminary hearing. Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petition.

Defendant requested a continuance of any bond hearing so arrangements could be completed for Defendant to be admitted for inpatient drug treatment facility. The hearing was continued to May 3, 2023, and Defendant was temporarily detained. When the hearing was reconvened on May 3, 2023, the Government did not move to detain Defendant so that he could be released on bond with conditions as set out in the Order Setting Conditions of Release, which also incorporate his existing conditions of supervised release.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petition and Order for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition and Order for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

(3) Defendant is released on a bond pursuant to an Order Setting Conditions of Release.

SO ORDERED.

ENTER.

               s/ *Susan K. Lee*
               SUSAN K. LEE
               UNITED STATES MAGISTRATE JUDGE